**Robert Fletcher HERBERT, Plaintiff–Appellant,**

v.

**Benjamin F. TREASTER; Daryl Scott Barber, Defendants–Appellees,**

and

**Sheriff James Met; Arthur L. Myers; Brian Wesley Jeffcoat; Deandre Ball; Datrail Ball, Defendants.**

No. 14–6496.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 14, 2014.

Decided: Aug. 25, 2014.

Robert Fletcher Herbert, Appellant Pro Se. William Henry Davidson, II, David Allan DeMasters, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before SHEDD, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Fletcher Herbert appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to Defendants Benjamin F. Treaster and Daryl Scott Barber in his civil action under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Herbert v. Treaster,* No. 3:13–cv–00262–JFA, 2014 WL 1093050 (D.S.C. Mar. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*